**George Gregory JACKSON, Plaintiff–Appellant,**

v.

**ANALYST INTERNATIONAL CORPORATION; Andersen Consulting; Yellow Technology Services, Inc.; Yellow Logistics; Yellow Freight System, Inc.; Yellow Corporation, Defendants–Appellees.**

No. 01–3151.

United States Court of Appeals, Tenth Circuit.

May 8, 2002.

Before KELLY, BRISCOE, and LUCERO, Circuit Judges.

ORDER AND JUDGMENT *

MARY BECK BRISCOE, Circuit Judge.

After examining the briefs and appellate record, this panel has determined unanimously that oral argument would not materially assist the determination of this appeal. *See* Fed. R.App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument.

Appellant George Gregory Jackson appeals from the district court's order denying his motion for relief from judgment brought pursuant to Fed.R.Civ.P. 60(b). We review the denial of a 60(b) motion for abuse of discretion. *Plotner v. AT & T*

*Corp.*, 224 F.3d 1161, 1174 (10th Cir.2000). "We will reverse the district court's determination only if we find a complete absence of a reasonable basis and are certain that the district court's decision is wrong." *Id.* (quotation omitted).

Having carefully reviewed the briefs, the record, and the applicable law, we conclude that Mr. Jackson has failed to demonstrate that the district court abused its discretion in denying his 60(b) motion. Accordingly, the judgment of the United States District Court for the District of Kansas is AFFIRMED.